GARRETT T. OGATA, ESQ.
Nevada Bar Number 7469
Law Offices of Garrett T. Ogata
3841 W. Charleston Blvd., Suite 205
Las Vegas, Nevada 89102
Phone: (702) 366-0891
Fax: (702) 947-6590
Email: court@gtogata.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>         Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROBERT LOUIS ROTH, ) <br>         Defendant ) | Case No.: 2:15-mj-00652-CWH <br><br> **STIPULATION TO CONTINUE TRIAL** |

**IT IS HEREBY STIPULATED AND AGREED** to by and between the Defendant, ROBERT LOUIS ROTH, by and through his Attorney of record, GARRETT T. OGATA, ESQ. and the Plaintiff, UNITED STATES OF AMERICA, by and through, UNITED STATES ATTORNEY that the TRIAL currently set for the 20th day of July, 2016, at 9:00 a.m., be continued for sixty (60) days or to a date convenient to the Court. Defense counsel will be out of the Jurisdiction from the 1st day of July until the 25th day of July.

DATED this ___ day of June, 2016

Respectfully Submitted by:

/s/ Garrett T. Ogata                    /s/ Jiamie Chen
GARRETT T. OGATA, ESQ.                  JIAMIE CHEN
Attorney for Defendant                  Assistant United States Attorney

                                              DANIEL G. BOGDEN
                                              United States Attorney

GARRETT T. OGATA, ESQ.
Nevada Bar Number 7469
Law Offices of Garrett T. Ogata
3841 W. Charleston Blvd., Suite 205
Las Vegas, Nevada 89102
Phone: (702) 366-0891
Fax: (702) 947-6590
Email: court@gtogata.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>ROBERT LOUIS ROTH,<br>　　　　Defendant | Case No.: 2:15-mj-00652-CWH<br><br>**ORDER GRANTING CONTINUANCE OF TRIAL** |

Based upon the stipulation of the parties herein, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the **TRIAL** in the above-entitled matter be, and the same is hereby continued from the 20th day of July, 2016, at 9:00 a.m., to Wednesday, September 28, 2016, at 9:00 a.m.

**DATED** June 8, 2016

_____
UNITED STATES MAGISTRATE JUDGE